## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02533-DDD-SBP

THE GEO GROUP, INC.,

 Plaintiff,

v.

JILL HUNSAKER RYAN, in her official capacity as Executive Director of the
Colorado Department of Health & Environment (CDPHE),
JEFF LAWRENCE, in his official capacity as Director of the Environmental Health
and Sustainability Division of CDPHE,
PHIL WEISER, in his official capacity as Colorado Attorney General,
KELLY WEIDENBACH, in her official capacity as Executive Director of the Adams
County Health Department,

 Defendants.

---

## UNOPPOSED MOTION BY STATE DEFENDANTS TO FILE A 7,850 WORD OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

---

Pursuant to DDD Civ. Practice Standard III.A(2), Jill Hunsaker Ryan, in her

official capacity as Executive Director of the Colorado Department of Health &

Environment ("CDPHE"), Jeff Lawrence, in his official capacity as Director of the

Environmental Health and Sustainability Division of CDPHE, and Phil Weiser, in

his official capacity as Colorado Attorney General, (collectively "State Defendants")

move for relief from the Court's limitation of 5,500 words in response to a motion for

preliminary injunction to permit State Defendants to file an opposition brief of no

1

more than 7,850 words—the equivalent of Plaintiff's motion. Plaintiff GEO Group, Inc. does not object to the requested relief.

State Defendants submit that there is good cause for granting the requested relief:

1.      In this lawsuit, Plaintiff GEO Group, Inc. seeks to enjoin HB26-1276, a duly enacted statute of the Colorado General Assembly. *See generally* Compl., ECF 1. Plaintiff's lawsuit raises several constitutional claims, specifically that federal law preempts HB26-1276 under the Supremacy Clause; that HB26-1276 directly regulates or discriminates against the federal government in violation of the Supremacy Clause; and that HB26-1276 violates the Contracts Clause by substantially impairing Plaintiff's contract with Immigrations and Customs Enforcement without achieving a significant and legitimate interest. *See generally id.*

2.      At the initiation of this suit, Plaintiff filed a Motion for Preliminary Injunction (ECF 2). Plaintiff's motion seeks the extraordinary relief of a pre-enforcement injunction and concludes with a demand for a permanent injunction and final judgment. Mot. at 25.

3.      This Court's Civil Practice Standards limit any motion for a preliminary injunction to 5,500 words. Plaintiff's motion, filed before this matter was assigned to the Court, is approximately 7,850 words.

4.      State Defendants have endeavored to address Plaintiff's motion as efficiently as possible. However, the opposition brief must address several complex legal and factual issues, including Plaintiff's standing, its likelihood of success on each claim, whether it faces any harm prior to enforcement, and the equities and public interest in the exercise of Colorado's core historic police powers to ensure healthy and safe conditions in detention facilities.

5.      Due to the complexity of the issues, State Defendants respectfully request the Court's permission to file a 7,850 word opposition brief and thereby provide State Defendants with equal space as Plaintiff's motion for a preliminary injunction.

6.      State Defendants conferred with counsel for Plaintiff who indicated that it does not object to the requested relief.

7.      For good cause shown, the Court should grant the motion and permit State Defendants to file a 7,850 word opposition brief.

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General of Colorado

/s/ Gabe Podesta
Gabe Podesta, *Senior Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Gabe.Podesta@coag.gov

3

*Counsel for Jill Hunsaker Ryan, Jeff
Lawrence, and Philip Weiser*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Gabe Podesta*
Senior Assistant Attorney General