UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 26-cv-02533-DDD-SBP

THE GEO GROUP, INC.,

        Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the Colorado
Department of Public Health & Environment (CDPHE), in her
official capacity;

JEFF LAWRENCE, Director of the Environmental Health and
Sustainability Division of CDPHE, in his official capacity;

PHIL WEISER, Colorado Attorney General, in his official
capacity;

JARED POLIS, Governor of Colorado, in his official capacity; and

KELLY WEIDENBACH, Executive Director of the Adams County
Health Department, in her official capacity;

        Defendants.

---

**UNOPPOSED MOTION BY PLAINTIFF THE GEO GROUP, INC. TO FILE A SINGLE
REPLY BRIEF OF UP TO 5,400 WORDS**

---

Pursuant to the DDD Civ. Practice Standard III.A.(2), Plaintiff The GEO Group, Inc.

("GEO"), by and through undersigned counsel, moves for relief from the Court's limitation of

2,7000 words for reply in further support of GEO's motion for a preliminary injunction to permit

GEO to file a single reply brief of no more than 5,400 words—which is the equivalent of the

total words permitted if GEO were to file two separate reply briefs in response to the two

separate opposition briefs from the Defendants The Defendants do not oppose the requested

relief.

GEO submits that there is good cause for granting the requested relief:

1.      GEO filed the instant seeking to enjoin HB 26-1276 and for a declaration that the State law is unconstitutional for multiple separate and independent reasons. (ECF No. 1.) At the same time, GEO filed a motion for a preliminary injunction of HB 26-1276 (the "PI Motion"). (ECF No. 2.)

2.      The Defendants are three State officials (the "State Defendants"), represented by the Colorado Attorney General's Office, and an Adam's County official (the "Adam's County Defendant"), separately represented by the Adam's County Attorney's Office.

3.      The State Defendants obtained an unopposed extension of the word court for their opposition and subsequently filed an Opposition to the PI Motion. (ECF Nos. 18, 23.)

4.      The Adams County Defendant filed a separate Opposition to the PI Motion. (ECF No. 22.)

5.      This Court's Civil Practice Standards limit any reply brief to 2,700 words.

6.      Rather than file two separate reply briefs responding to the separate briefs from the State Defendants and the Adams County Defendant, GEO, for the sake of efficiency, would like to file a single reply brief that responds to both opposition briefs.

7.      Accordingly, GEO respectfully requests that it be permitted to file a single reply brief containing no more than 5,400 words.

8.      Undersigned counsel conferred with counsel for the State Defendants as well as counsel for the Adams County Defendant, each of whom indicated no objection to the instant request.

2

9.      For good cause shown, GEO respectfully requests that the Court grant the motion

and permit GEO to file a single reply of no more than 5,400 words.

Dated: July 10, 2026.                                    Respectfully submitted,


                                                        *s/ James N. Boeving*
                                                        Frederick R. Yarger
                                                        James N. Boeving
                                                        Wheeler Trigg O'Donnell LLP
                                                        370 Seventeenth Street, Suite 4500
                                                        Denver, CO 80202
                                                        Telephone:   303.244.1800
                                                        Facsimile:   303.244.1879
                                                        Email:   yarger@wtotrial.com
                                                                 boeving@wtotrial.com

                                                        Attorneys for Plaintiff

3

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on July 10, 2026, I electronically filed the foregoing **UNOPPOSED MOTION BY PLAINTIFF THE GEO GROUP, INC. TO FILE A SINGLE REPLY BRIEF OF UP TO 5,400 WORDS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Gabriel Podesta**
  gabe.podesta@coag.gov, alex.miller@coag.gov

- **Talia Kraemer**
  talia.kraemer@coag.gov, carmen.vanpelt@coag.gov

- **Nora Q. E. Passamaneck**
  Nora.Passamaneck@coag.gov, sancia.mclennon@coag.gov,
  sarah.bomgardner@coag.gov

- **Michael Landis**
  Michael.Landis@coag.gov, barbara.dory@coag.gov, john.watson@coag.gov,
  kacey.higgerson@coag.gov

- **Michael A. Sink**
  msink@adamscountyco.gov, jdeaguero@adcogov.org, kbooth@adcogov.org,
  kvis@adcogov.org, tpink@adcogov.org

- **Kerri Ann Booth**
  kbooth@adcogov.org, jdeaguero@adcogov.org, kvis@adcogov.org,
  tpink@adcogov.org

- **Frederick Richard Yarger**
  yarger@wtotrial.com, keitlen@wtotrial.com, boeving@wtotrial.com,
  winiarski@wtotrial.com

*s/ James N. Boeving*

4