**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE DANIEL D. DOMENICO**

Civil Action No.: 1:26-cv-02533-DDD-SBP        Date:  July 31, 2026
Courtroom Deputy:  Robert R. Keech              Court Reporter: Tammy Hoffschildt

---

*Parties:*                                                      *Counsel:*

THE GEO GROUP, INC.,                                  Frederick R. Yarger
                                                                     Shiloh Rainwater
        Plaintiff,                                                J. Nicholas Boeving

v.

JILL HUNSAKER RYAN, Executive Director of the      Gabriel Podesta
Colorado Department of Public Health &                   Nora Q. E. Passamaneck
Environment (CDPHE), in her official capacity;           Michael C. Landis
JEFF LAWRENCE, Director of the Environmental        Talia B. Kraemer
Health and Sustainability Division of CDPHE, in his    Michael Alex Sink
official capacity;                                                      Kerri A. Booth
PHIL WEISER, Colorado Attorney General, in his
official capacity;
KELLY WEIDENBACH, Executive Director of the
Adams County Health Department, in her official
capacity,

        Defendants.

---

**COURTROOM MINUTES**

---

**MOTION HEARING: [2] Plaintiff's Motion for Preliminary Injunction**

**10:30 a.m.    Court in session.**

Appearances of counsel.

[2] Plaintiffs' Motion for Preliminary Injunction is raised for argument.

10:33 a.m.    Argument by Plaintiff by Mr. Yarger.

11:02 a.m.     Argument by Defendants by Ms. Kraemer.

11:23 a.m.     Argument by Defendants Mr. Podesta.

11:47 a.m.     Argument by Defendants by Mr. Sink.

11:54 a.m.     Argument by Plaintiff by Mr. Yarger.

**ORDERED:**     [2] Plaintiffs' Motion for Preliminary Injunction is **TAKEN UNDER ADVISEMENT.**

Court indicates a written order is forthcoming.

**12:05 p.m.     Court in recess. <u>Hearing concluded. Total time in court:    1:35</u>**